# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-33802 |
| Yvonne S. Thigpen | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) Honorable Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing Date: March 13, 2019 |
| | ) Hearing Time: 10:00 am |
| To: Attached Service List | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 12, 2019, we caused to be filed with the United States Bankruptcy Court, Northern District of Illinois, the attached **Withdrawal of IH3 Property Illinois LP's Motion for relief from the automatic stay as to the real property commonly known as 16906 S. Cherry Creek Avenue, Tinley Park, IL 60487,** a copy of which is hereby served upon you.

> Miles V. Cohen
> Scott & Kraus, LLC
> 150 South Wacker Drive
> Suite 2900
> Chicago, Illinois 60606
> Phone: 312.327.1059
> Fax: 312.327.1051
> mcohen@skcounsel.com

## CERTIFICATE OF SERVICE

I, Miles V. Cohen, an attorney, certify that I caused a copy of the foregoing Notice of Filing and Withdrawal to be served on the parties listed on the attached service list, electronically where indicated, or via overnight delivery, prior to 5:00 PM, this 12th day of March, 2019.

> /s/ Miles V. Cohen
> Miles V. Cohen

## SERVICE LIST

***Via CM/ECF***

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*U.S. Trustee*

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
*Trustee*

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
*Debtor's Attorney*

***Via Overnight Delivery***

Yvonne S. Thigpen
16906 S. Cherry Creek Avenue
Tinley Park, IL 60487
*Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-33802 |
| Yvonne S. Thigpen | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) Honorable Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing Date:  March 13, 2019 |
| | ) Hearing Time:  10:00 am |
| | ) |

## WITHDRAWAL OF MOTION OF IH3 PROPERTY ILLINOIS LP FOR RELIEF FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY COMMONLY KNOWN AS 16906 S. CHERRY CREEK AVENUE, TINLEY PARK, IL 60487

IH3 Property Illinois LP, a Delaware limited partnership, by its attorneys, Scott & Kraus, LLC, hereby withdraws its Motion for Relief from the Automatic Stay (the "Motion") as to the real property commonly known as 16906 S. Cherry Creek Avenue, Tinley Park, IL 60487 (Dkt. # 31).

WHEREFORE, IH3 Property Illinois LP, a Delaware limited partnership, respectfully requests that the Motion be withdrawn, that the Court enter the proposed Order filed in connection herewith, and for any and all further relief deemed just and equitable.

Respectfully Submitted,

Miles V. Cohen
mcohen@skcounsel.com      By: /s/ Miles V. Cohen
Scott & Kraus, LLC              One of the attorneys for
150 S. Wacker Drive, Suite 2900     IH3 Property Illinois LP,
Chicago, Illinois 60606          a Delaware limited partnership
312-327-1059 (telephone)
312-327-1051 (facsimile)