# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 17-33802 |
| Yvonne S. Thigpen | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date:  March 13, 2019 |
| | ) | Hearing Time:  10:00 am |
| | ) | |

## ORDER WITHDRAWING FIRST HOME BANK'S MOTION TO CONDUCT AN EXAMINATION OF MARCELLA CAPRON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

This matter coming to be heard on IH3 Property, LP's Withdrawal of its Motion for Relief from Stay, notice of the Withdrawal being due and proper, the Court having heard from those parties wishing to be heard, the Court having jurisdiction over this core proceeding, and the Court be otherwise fully advised in the premises:

IT IS ORDERED that

1. The motion is Withdrawn, without prejudice.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

{00902568.DOCX/v1/3619/601/3/12/2019 04:49 PM}