# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-33802 |
| Yvonne S. Thigpen ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | Honorable Judge Jack B. Schmetterer |
| ) | |
| ) | Hearing Date: March 13, 2019 |
| ) | Hearing Time: 10:00 am |
| ) | |

## ORDER WITHDRAWING IH3 PROPERTY ILLINOIS LP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO THE REAL PROPERTY COMMONLY KNOWN AS 16906 S. CHERRY CREEK AVENUE, TINLEYPARK, IL 60487

This matter coming to be heard on IH3 Property, LP's Withdrawal of its Motion for Relief from Stay, notice of the Withdrawal being due and proper, the Court having heard from those parties wishing to be heard, the Court having jurisdiction over this core proceeding, and the Court be otherwise fully advised in the premises:

IT IS ORDERED that:

1. The motion is withdrawn, without prejudice.

Entered:


Honorable Jack B. Schmetterer
United States Bankruptcy Judge

{00902568.DOCX/v1/3619/601/3/12/2019 04:52 PM}