UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Judge Jack B. Schmetterer

Hearing Date: 12 FEB 2020

Bankruptcy Case No.: 17-33802

Adversary No.:

Title of Case: In re: Yvonne S. Thigpen

Brief Statement of Motion: Motion for Relief from the Automatic Stay by agreement (Dkt 37)

**Names and Addresses of moving counsel**

Representing

## ORDER STAY TO REMAIN IN EFFECT BY AGREEMENT

By agreement, the stay is ordered to remain in effect, until,

5/4/25

ENTER:

JACK B. SCHMETTERER, USBJ