UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )          BK No.:   17-33802
Yvonne S Thigpen                           )
                                           )          Chapter: 13
                                           )          Honorable Jack Schmetterer
                                           )
                                           )
              Debtor(s)                     )

## ORDER ON MOTION TO OBTAIN/INCUR DEBT & SHROTEN NOTICE

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. The Debtor is permitted to incur and obtain a small SBA business loan in the amount of $10,000 with the terms of a 30 year repayment, an interest rate of 3.75% and payments to begin 1-year post disbursement of the loan.

2. Notice is shortened.

Enter: _____

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 14, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600